| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GLEN AVILLA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00355 LJO |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| v. | ) | |
| | ) | |
| GLEN AVILLA, | ) | Date : March 19, 2012 |
| | ) | Time: 1:00 P.M. |
| *Defendant.* | ) | Judge: Lawrence J. O'Neill |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 17, 2012, **may be continued to March 19, 2012, at 1:00 P.M.**

This continuance is requested by defense counsel. Defense counsel and government counsel are pursuing further investigation regarding possible defenses and/or factors in mitigation. Defense counsel has requested additional information, which government counsel is attempting to obtain. Until such time as the additional information is obtained and assessed, and counsel has had an opportunity to review any such information with defendant, no profitable plea negotiations can be had in these proceedings. AUSA Kimberly Sanchez has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 11, 2012                     /s/ Kimberly Sanchez
                                                KIMBERLY SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 11, 2012                     /s/ Rachel W. Hill
                                                RACHEL W. HILL
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                GLEN AVILLA

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial. The matter is set for March 19, 2012 at 8: 30 a.m. before the undersigned for either a change of plea or a trial setting.

IT IS SO ORDERED.

**Dated:   January 12, 2012**                /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                      2