```
1   Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
2   A Professional Corporation
    5412 North Palm Avenue, Suite 101
3   Fresno, California 93704
    Telephone:(559) 431-9710
4   Facsimile: (559) 431-4108
    E-mail: efogderude1@yahoo.com
5
    Attorney for Defendant GLEN AVILLA
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-000355 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | STATUS HEARING, AND |
| vs. | ) | ORDER THEREON |
|  | ) |  |
| GLEN AVILLA | ) |  |
|  | ) | DATE: June 4, 2012 |
|  | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Lawrence J. O'Neill |
| _____ | ) |  |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for June 4, 2012, may be continued to July 23, 2012 at 8:30 a.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Good cause exists because additional discovery is being provided between the parties which will require further investigation and to allow for further plea negotiations.

DATED: May 30, 2012                FLETCHER & FOGDERUDE, Inc.


                                   /s/ Eric K. Fogderude
                                   ERIC K. FOGDERUDE
                                   Attorney for Defendant,
                                   GLEN AVILLA


Dated: May 30, 2012                Benjamin B. Wagner
                                   United States Attorney


                                   /s/ Kim Sanchez
                                   KIM SANCHEZ
                                   Assistant US Attorney

**ORDER**

Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to July 23, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   May 31, 2012**           **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE