Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant GLEN AVILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-000355 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS HEARING, AND |
| vs. | ) | ORDER THEREON |
| | ) | |
| GLEN AVILLA | ) | |
| | ) | DATE: July 23, 2012 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for July 23, 2012, may be continued to August 20, 2012 at 8:30 a.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Good cause exists to allow for further plea negotiations.

DATED: July 18, 2012        FLETCHER & FOGDERUDE, Inc.


                            /s/ Eric K. Fogderude
                            ERIC K. FOGDERUDE
                            Attorney for Defendant,
                            GLEN AVILLA


Dated: July 18, 2012        Benjamin B. Wagner
                            United States Attorney


                            /s/ Kim Sanchez
                            KIM SANCHEZ
                            Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to August 20, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   July 18, 2012**           **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE